1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| KYLAND YOUNG, individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-02496-DSF-PVC |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS (L.R. 7-1)** |
| v. | |
| NEOCORTEXT, INC., | Complaint served: April 10, 2023<br>Current response date: May 1, 2023<br>New response date: May 31, 2023 |
| Defendant. | |

The Court, having considered the Stipulation to Extend Time to Respond to Initial Complaint by 30 Additional Days ("Stipulation") filed by Defendant NeoCortext, Inc. ("Defendant") and Plaintiff Kyland Young ("Plaintiff"), and for good cause appearing, **HEREBY ORDERS AS FOLLOWS**:

1. The parties' Stipulation is **APPROVED**.
2. Defendant shall move, answer, or otherwise respond to Plaintiff's Complaint by May 31, 2023.

**IT IS SO ORDERED**.

Dated: April 25, 2023

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE