UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-02496-WLH-PVCx | Date | August 25, 2023 |
| Title | Kyland Young v. NeoCortext, Inc. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Stefan Bogdanovich<br>Lawrence Timothy Fisher | Tyler Griffin Newby |

**Proceedings:   DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CLAIM PURSUANT TO CAL. CIV. PROC. CODE § 425.16 [32] & MOTION TO DISMISS PLAINTIFF'S COMPLAINT [33]**

   The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on August 24, 2023, and reviewed by counsel. The Court heard oral argument. The Court took the request **UNDER SUBMISSION** and a ruling will be issued.

: 28

Initials of Deputy Clerk   hc