KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MARY M. GRIFFIN (CSB No. 324073)
mgriffin@fenwick.com
NICHOLAS A. SANTOS (CSB No. 335767)
nsantos@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
NEOCORTEXT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYLAND YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEOCORTEXT, INC.,<br><br>Defendant. | Case No.: 2:23-cv-02496-WLH(PVCx)<br><br>**STIPULATION TO STAY CASE PENDING NINTH CIRCUIT APPEAL**<br><br>Judge: Hon. Wesley L. Hsu<br>Trial Date: None |

Plaintiff Kyland Young ("Plaintiff") and Defendant NeoCortex, Inc. ("NeoCortex"), by and through their respective counsel, hereby agree and stipulate to stay this case pending the Ninth Circuit's resolution of NeoCortex's appeal of this Court's order denying NeoCortex's special motion to strike pursuant to Cal. Civ. Proc. Code § 425.16.  *See* ECF No. 50:

WHEREAS, Plaintiff filed his complaint commencing this action on April 3, 2023;

WHEREAS, Plaintiff effected service on April 10, 2023;

WHEREAS, NeoCortex filed a special motion to strike pursuant to Cal. Civ. Proc. Code § 425.16 and motion to dismiss on May 31, 2023 ("the Motions");

WHEREAS, Plaintiff filed an opposition to the Motions on June 23, 2023;

WHEREAS, NeoCortex filed a reply to the Motions on June 30, 2023;

WHEREAS, the Court heard the Motions on August 25, 2023;

WHEREAS, on September 5, 2023, the Court issued an order denying the Motions;

WHEREAS, on September 8, 2023, NeoCortex appealed this Court's denial of its special motion to strike pursuant to Cal. Civ. Proc. Code § 425.16 to the Ninth Circuit;

WHEREAS, Plaintiff has agreed to stay this case pending the Ninth Circuit's resolution of NeoCortex's appeal;

WHEREAS, the parties further stipulate that nothing in this stipulation shall be deemed a waiver of any rights, objections, or defenses (including, without limitation, jurisdictional defenses), that any party may have with respect to this action or to the claims asserted in the complaint, and is without prejudice to any other or further application by a party to this Court or any other court;

IT IS ACCORDINGLY STIPULATED, pursuant to L.R. 7-1, by and between the undersigned counsel for the parties, subject to Court approval, that this case be

stayed pending resolution of the Ninth Circuit appeal.

Dated: September 8, 2023   FENWICK & WEST LLP

By: */s/ Tyler G. Newby*
Tyler G. Newby

Attorneys for Defendant
NEOCORTEXT, INC.

Dated: September 8, 2023   BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

Dated: September 8, 2023   EDELSON PC

By: */s/ Michael W. Ovca*
Michael W. Ovca

Attorneys for Plaintiff
KYLAND YOUNG, individually and on behalf of all others similarly situated

## ATTESTATION

I, Tyler G. Newby, hereby attest that all other signatories listed above, and on behalf of whom this filing is submitted, concur in the content of this filing and have authorized me to file on their behalf.

Dated: September 8, 2023   */s/ Tyler G. Newby*
Tyler G. Newby