JS-6

1

2

3

4

5

6

7

8

9             UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12   KYLAND YOUNG, individually and on        Case No.: 2:23-cv-02496-WLH(PVCx)
     behalf of all others similarly situated,

13                                            **ORDER GRANTING**
                  Plaintiff,                  **STIPULATION TO STAY CASE**
                                              **PENDING NINTH CIRCUIT**
14          v.                                **APPEAL [53]**

15   NEOCORTEXT, INC.,

16                Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO STAY CASE
PENDING NINTH CIRCUIT APPEAL                          Case No.: 2:23-cv-02496-WLH-PVCx

1    The Court, having considered the Stipulation to Stay Case Pending Ninth

2 Circuit Appeal ("Stipulation") filed by Defendant NeoCortext, Inc. and Plaintiff

3 Kyland Young, **HEREBY ORDERS AS FOLLOWS**:

4       1. The parties' Stipulation is **APPROVED**.

5       2. This case shall be stayed and administratively closed pending the Ninth

6          Circuit's resolution of NeoCortext's appeal of this Court's denial of

7          NeoCortext's special motion to strike pursuant to Cal. Civ. Proc. Code §

8          425.16.

9

10      **IT IS SO ORDERED**.

11

12  Dated:  September 19, 2023

13                                                HON. WESLEY L. HSU
                                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28