<table>
<tr><td>UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT</td><td>FILED<br>MAY 24 2024<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

KYLAND YOUNG, individually and on behalf of all others similarly situated,

        Plaintiff-Appellee,

v.

NEOCORTEXT, INC.,

        Defendant-Appellant.

No.   23-55772

D.C. No. 2:23-cv-02496-WLH-PVC
Central District of California, Los Angeles

ORDER

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

The motions to extend the time to file a response to the motion to dismiss (Docket Entry No. 23), to file a reply in support of the motion to dismiss (Docket Entry No. 25), and to file the answering brief (Docket Entry No. 21) are granted.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 22) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

Because this court vacated en banc oral argument in *Martinez v. ZoomInfo Technologies, Inc.*, appeal No. 22-35305, the motion to stay appellate proceedings pending a decision in that case (Docket Entry No. 20) is denied.

OSA111

The opening brief has been filed.  The answering brief is due June 24, 2024.

The optional reply brief is due within 21 days after service of the answering brief.