UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLAND YOUNG, individually and on behalf of all others similarly situated, | No. 23-55772 |
| Plaintiff - Appellee, | D.C. No. 2:23-cv-02496-WLH-PVC |
| v. | U.S. District Court for Central California, Los Angeles |
| NEOCORTEXT, INC., | **MANDATE** |
| Defendant - Appellant. | |

The judgment of this Court, entered December 05, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT